| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CSBN 44332)<br>United States Attorney |
| 2 | BRIAN J. STRETCH (CSBN 163973)<br>Chief, Criminal Division |
| 3 | |
| 4 | JEFFREY D. NEDROW (CASBN 161299)<br>Assistant United States Attorney |
| 5 | 150 Almaden Blvd., Suite 900<br>San Jose, CA 95113 |
| 6 | Telephone: (408) 535-5045<br>Facsimile:  (408) 535-5066 |
| 7 | Email: jeff.nedrow@usdoj.gov |
| 8 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-00788-JF |
| Plaintiff, | ) | |
| | ) | MOTION FOR SUMMONS |
| v. | ) | |
| CAROL HAUESSLER,<br>DAVID LAMONDIN,<br>MATTHEW SANDOMIR,<br>CHRISTOPHER SARIOL,<br>STUART SHEINFELD, and<br>EDUARDO SUBIRATS, | ) | |
| Defendant. | ) | |

Based on the December 13, 2007 indictment returned by a grand jury in this district, the United States hereby requests that the Court issue summons for defendants Carol Hauessler, David Lamondin, Matthew Sandomir, Christopher Sariol, Stuart Sheinfeld, and Eduardo Subirats requiring their appearance before this Court for arraignment.  The government respectfully requests that the summons require each of the above-listed defendants to appear on February 13, 2008 at 9:30 a.m. before the Hon. Patricia V. Trumbull for initial appearance/arraignment.  The

//

//

//

MOTION FOR SUMMONS

-2-

grand jury's return of an indictment against these defendants demonstrates that probable cause exists to summon the defendants to answer the indictment.

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: January 28, 2008

/s/
JEFFREY D. NEDROW
Assistant United States Attorney

MOTION FOR SUMMONS

-2-