# HUGH ANTHONY LEVINE
## Attorney-at-Law

| | | |
|---|---|---|
| **345 Franklin Street** | Telephone: (415) 732-6101 | halesq@ix.netcom.com |
| **San Francisco, CA 94102** | Facsimile:  (415) 255-7264 | www.lawyers.com/acquittal |

February 18, 2008

Corinne Lew, Court Deputy to
The Honorable Patricia V. Trumbull
United States Magistrate Judge
280 South First Street
San Jose, CA 95113

    Re:  United States v. Stuart H. Sheinfeld, CR 07-00788 JF

Dear Ms. Lew:

    Per Her Honor's pretrial release order in this matter, Mr. Sheinfeld's passport is to be surrendered to the Clerk's Office by February 19th.  Mr. Sheinfeld sent it to me by UPS and I received it today, a court holiday.  Due to my schedule of court appearances tomorrow, I will be unable to get to San Jose to submit the passport to the Clerk's Office there, and I intend to submit it to the Clerk's Office in San Francisco where my office is located.  I just want to advise you of this, which I believe will constitute full compliance with Her Honor's order.

    Thank you for your attention to this matter.

    Very truly yours,

    Hugh Anthony Levine

Filed and serve per ECF
HAL/jd