UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR 07-00788 JF<br>)<br>) [~~PROPOSE~~D] ORDER WAIVING |
| Plaintiff, | ) DEFENDANT'S PRESENCE<br>) |
| vs. | )<br>) |
| STUART H. SHEINFELD, | ) Date: April 2, 2008<br>) Time: 10:00 a.m. |
| Defendant. | ) |

The Court having indicated at the last calling of the case that the parties could stipulate to waiving the defendant's appearance at the status conference scheduled for April 2, 2008 at 10:00 a.m., and good cause appearing therefor under F.R.Cr.P. Rule 43(b)(3),

IT IS HEREBY ORDERED that the personal presence of Stuart H. Sheinfeld at the status conference scheduled for that date is hereby waived pursuant to F.R.Cr.P. Rule 43(b)(3).

Dated: March 24, 2008

////

_____
UNITED STATES DISTRICT JUDGE
Jeremy Fogel

SO STIPULATED:

/s/ Hugh Anthony Levine
Attorney for Defendant

/s/ Jeffrey Nedrow
Assistant U.S. Attorney

2