CHAMBERS COPY

DO NOT FILE

HUGH ANTHONY LEVINE (CSBN 69857)
345 Franklin Street
San Francisco, CA 94102
Telephone: (415) 732-6101
Facsimile: (415) 255-7264
Email: halesq@ix.netcom.com

Attorney for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 07-00788 JF/PVT |
| Plaintiff, | STIPULATION AND [PROPOSED] AMENDED ORDER PERMITTING TRAVEL AND FOR RETURN OF PASSPORT. |
| vs. | |
| AMIT EZYONI, STUART SHEINFELD, et al., | |
| Defendants. | |

Good cause appearing, and with the consent of the United States and Pretrial Services, IT IS HEREBY ORDERED that defendant Stuart Sheinfeld may travel to and from Vancouver, Canada between February 12-16, 2010, for the purpose of attending the Winter Olympics with his father and, to effectuate this travel, IT IS HEREBY FURTHER ORDERED that the Clerk of this Court shall forthwith return defendant's passport to him (lodged under Receipt

**Stipulation and [Proposed] Order Permitting Travel**   1

CHAMBERS COPY

DO NOT FILE

#5461102650; Document 54) by mailing it to him at his residential address: 10528 Silver Cholla Ct., Las Vegas, NV 89183, and that, immediately upon the conclusion of this trip, defendant shall re-surrender his passport to U.S. Pretrial Services Officer Terry Wheaton in Las Vegas, Nevada, who shall lodge it with the Clerk of this Court.

Dated: January 29, 2010

PATRICIA V. TRUMBULL
United States Magistrate Judge

STIPULATED AND APPROVED:
/s/
JEFFREY NEDROW
Assistant U.S. Attorney

/s/
HUGH ANTHONY LEVINE
Attorney for Defendant

Stipulation and [Proposed] Order Permitting Travel   2