UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**Filed**
APR 22 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES OF AMERICA,
Plaintiff,
vs.

Case Number CR 0*7*-00788-*M*2JF

Defendant.
STUART SHEINFELD

ORDER - CJA CONTRIBUTION(s) DUE

It appearing that the defendant is financially able to contribute to the cost of his representation under the Criminal Justice Act, 18 U.S.C., Section 3006 (A),

**IT IS HEREBY ORDERED THAT:**

[X] THE DEFENDANT IS LIABLE FOR A CONTIRUBUTION OF $ _200.00_ PER MONTH, until the case is concluded or until further order of the Court, commencing:

[ ] That certain date of _____ and the SAME DAY each month thereafter;

[X] The first day of _May 3, 2010_ and the FIRST DAY of each month thereafter;

[ ] MAIL TO:  Clerk, U. S. District Court
280 South First Street, Room 2112
San Jose, CA. 95113-3095

Please indicate that this is a CJA payment and include the case number shown above.

[ ] THE DEFENDANT IS LIABLE FOR A ONE-TIME CONTRIBUTION OF $_____, DUE BY:

[ ] That certain date of _____ ;

[ ] MAIL TO:  Clerk, U. S. District Court
280 South First Street, Room 2112
San Jose, CA. 95113-3095

Please indicate that this is a CJA Payment and include the case number shown above.

DATED: 4/22/10

_signature_
PATRICIA V. TRUMBULL, U. S. MAGISTRATE JUDGE

AO 72

cc: Defense counsel, defendant, AUSA, Finance Office, Probation