HUGH ANTHONY LEVINE (CSBN 69857)
345 Franklin Street
San Francisco, CA 94102
Telephone: (415) 732-6101
Facsimile: (415) 255-7264
Email: halesq@ix.netcom.com

Attorney for Defendant

*IT IS SO ORDERED*
*Paul S. Grewal*
*Judge Paul S. Grewal*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 07-00788 JF/PSG |
| ) | |
| Plaintiff, ) | STIPULATION AND [~~PROPOSED~~] |
| ) | ORDER PERMITTING TRAVEL. |
| vs. ) | |
| ) | |
| AMIT EZYONI, STUART SHEINFELD,) et al., ) | |
| ) | |
| Defendants. ) | |

Good cause appearing, and with the consent of the United States and Pretrial Services, IT IS HEREBY ORDERED that defendant Stuart Sheinfeld may travel to and from Waynesville, North Carolina between July 21-27, 2011, for the purpose of visiting his father.

**Stipulation and [~~Proposed~~] Order Permitting Travel** 1

Dated: June 23, 2011

_Paul S. Grewal_
PAUL SINGH GREWAL
United States Magistrate Judge

STIPULATED AND APPROVED:
/s/*Jeffrey Nedrow*
JEFFREY NEDROW
Assistant U.S. Attorney

/s/*Hugh Anthony Levine*
HUGH ANTHONY LEVINE
Attorney for Defendant

**Stipulation and [~~Proposed~~] Order Permitting Travel** 2