UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR07-00788-11 LHK |
| | ) | |
| Plaintiff, | ) | [Proposed] UNOPPOSED ORDER TERMINA- |
| | ) | TING REQUIREMENT THAT DEFENDANT |
| vs. | ) | MAKE PAYMENTS FOR FUNDING COUNSEL |
| | ) | APPOINTED PURSUANT TO CRIMINAL |
| STUART SHEINFELD, | ) | JUSTICE ACT |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

For the reasons stated on the record at the sentencing hearing in this matter, IT IS HEREBY ORDERED that the order previously entered (Document 252) requiring defendant to make payments for funding counsel appointed pursuant to the Criminal Justice Act is terminated.

Dated: _____May 30_____, 2012

_Lucy H. Koh_____

LUCY H. KOH
United States District Judge